

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Steve Didmon v. American Arbitration Association, Inc. and Frontier Drilling USA, Inc. n/k/a Paragon Offshore USA Inc.

Appellate case number:   01-16-00022-CV

Trial court case number: 2015-29863

Trial court:             295th District Court of Harris County

The en banc court having voted unanimously against reconsideration, Appellant Steve Didmon's motion for en banc reconsideration is **denied**.

Justice's signature:   /s/ Jane Bland
                        Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date: February 23, 2017